■ In the Matter of MERYL BRODSKY, Appellant, et al., Petitioners v NEW YORK CITY CAMPAIGN FINANCE BOARD, Respondent. [999 NYS2d 417]—

Judgment, Supreme Court, New York County (Eileen A. Rakower, J.), entered August 31, 2009, directing petitioner to remit to respondent an aggregate amount of $35,850, unanimously affirmed, without costs.

This Court has rejected petitioner's prior efforts pro se to vacate the underlying judgment, on the ground, among other things, that she has not been prejudiced by any technical defects in the judgment (*see* 80 AD3d 495 [1st Dept 2011]). Petitioner's renewed attempts to vacate the judgment and collaterally attack the prior ruling holding her personally liable for the repayments owed to respondent are barred by the doctrines of res judicata and law of the case, and are otherwise without merit (*see* 107 AD3d 544 [1st Dept 2013]). Concur—Acosta, J.P., Moskowitz, Richter and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CANCEL, Appellant. [998 NYS2d 129]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Laura Ward, J., at plea; Melissa Jackson, J., at sentencing), rendered on or about March 4, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Moskowitz, Richter, Feinman and Clark, JJ.